# United States District Court
# For The Western District of North Carolina
# Asheville Division

**FILED**
ASHEVILLE, N.C.
JUN 23 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

CHARLES LEE DAVIS,

    Petitioner,

vs.

HUGH D. MITCHELL, Supt.,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:05cv77-MU-02

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2005 Order.

June 23, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*
Elizabeth Barton, Deputy Clerk